AO 94 (Rev. 12/03) Commitment to Another District

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

Southern District of Texas

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| LUIS GUZMAN | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:18-CR-442 | 5:19-MJ-148 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
✓ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 21 U.S.C. § 846

**DISTRICT OF OFFENSE**
Northern District of Georgia, Atlanta Division

**DESCRIPTION OF CHARGES:**
Possession with intent to distribute controlled substance.

**CURRENT BOND STATUS:**
  Bail fixed at _____ and conditions were not met
  Government moved for detention and defendant detained after hearing in District of Arrest
✓ Government moved for detention and defendant detained pending detention hearing in District of Offense
  Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ✓ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required? No ✓ Yes Language: Spanish

Southern **DISTRICT OF** Texas, Laredo Division

**TO: THE UNITED STATES MARSHAL**
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2-11-19
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

2019 FEB 11 PM 1:30
RECEIVED US MARSHAL
OPERATIONS LAREDO, TX