UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 5:19–mj–00148

Luis Guzman

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sam S Sheldon

**PLACE:**
Courtroom 2A
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 2/13/2019

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Identity Hearing

Date:   February 12, 2019

David J. Bradley, Clerk